Case 4:25-cv-00707   Document 4   Filed on 02/27/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD J. BRYAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-0707 |
| | § | |
| PAMELA BONDI, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER TO ADMINISTRATIVELY CLOSE

Petitioner, an immigration detainee in custody at the Montgomery Processing Center filed a *pro se* habeas petition and motion to expedite challenging his continued immigration detention. A review of the Court's dockets shows that petitioner filed two other pending habeas lawsuits challenging his detention. *Bryan v. Tate*, C.A. No. 24-3567 (S.D. Tex.) (filed September 19, 2024); *Bryan v. Tate*, C.A. No. 24-5069 (S.D. Tex.) (filed with motion to expedite on December 23, 2024).

The relief sought in the instant petition and motion duplicates the relief being sought in C.A. No. 24-5069. The Clerk of Court is instructed to **TRANSFER** the instant petition and motion (Docket Entries No. 1, 2) and the $5.00 filing fee payment to C.A. No. 24-5069 and to **ADMINISTRATIVELY CLOSE** the instant case.

Signed at Houston, Texas, on this the 27th day of February, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE